IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01518-RPM-BNB

ING INSTITUTIONAL PLAN SERVICES, LLC, f/k/a CitiStreet, LLC,

Plaintiff,

v.

THOMAS TIERNEY,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Stipulation to Amend Caption** [Doc. # 11, filed 8/31/2009], which was construed by the district judge as a motion and referred to me for ruling. See Docket Entry No. 12. The stipulation is adopted. Accordingly,

IT IS ORDERED that the case caption is modified as indicated above to name ING Institutional Plan Services, LLC, as the plaintiff.

Dated September 8, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge