IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01518-RPM-BNB

ING INSTITUTIONAL PLAN SERVICES, LLC, f/k/a CitiStreet, LLC,

Plaintiff,

v.

THOMAS TIERNEY,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with the discussions this morning:

IT IS ORDERED that a settlement conference will be held on **November 3, 2009, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **October 27, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **June 3, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **May 27, 2010**.

IT IS FURTHER ORDERED that a revised scheduling order, modified as discussed at the conference this morning, shall be submitted to the court on or before **September 25, 2009**.

Dated September 17, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge