IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01518-RPM-BNB

ING INSTITUTIONAL PLAN SERVICES, LLC,

    Plaintiff,

v.

THOMAS TIERNEY,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Joint Stipulation for Dismissal with Prejudice [35], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED: June 9th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge